**Motion Granted; Appeal Dismissed, and Memorandum Opinion filed May 11, 2023.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-23-00168-CR

---

**TANYA PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1793014**

---

## M E M O R A N D U M   O P I N I O N

This attempted appeal is from a judgment signed February 20, 2023. A motion to voluntarily dismiss this appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).